**THE GHILEZAN LAW FIRM**
R. Michael Ghilezan, Esq. (SBN 282340)
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 878-2630
Facsimile: (310) 496-2872
Email: michael@ghilezanlaw.com

Robert Zarco. Esq. (FBN 502138) (seeking *pro hac vice* admission)
Himanshu M. Patel, (FBN 167223) (admitted *pro hac vice*)
F. Alaina Rodriguez (FBN 1070046) (seeking *pro hac vice* admission)
**ZARCO EINHORN SALKOWSKI, P.A.**
2 S. Biscayne Blvd., 34th Floor
Miami, FL 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

Attorneys for Plaintiffs
So Cal Storage, LLC , Bay Area Storage, LLC
NIMA Group, LLC, and TAJ Holdings, LLC

THE GHILEZAN LAW FIRM
1801 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| So Cal Storage, LLC, a California limited liability company, Bay Area Storage, LLC, a California limited liability company, NIMA Group, LLC, a California limited liability company, and TAJ Units Holdings, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> UNITS Franchising Group, Inc., a South Carolina Corporation, <br><br> Defendant. | Case No. 2:25-cv-10222-WLH-BFM <br><br> Assigned for All Purposes To: <br> Judge: Wesley L. Hsu <br> Dept: <br><br><br> **STIPULATION TO EXTEND TIME TO AMEND COMPLAINT** |

Plaintiffs, So Cal Storage, LLC, Bay Area Storage, LLC, NIMA Group, LLC, and TAJ Holdings, LLC ("Plaintiffs") and Defendant, UNITS Franchising Group, Inc.

THE GHILEZAN LAW FIRM
1801 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067

("Defendant") (and with Plaintiffs, the "Stipulating Parties"), respectfully stipulate as follows:

WHEREAS, on July 9, 2026, the Court ordered Plaintiffs to file an amended complaint within twenty-one (21) days of its Order (ECF No. 52);

WHEREAS, Plaintiffs' amended complaint is currently due on July 31, 2026;

WHEREAS, after a meet and confer, Defendant's counsel granted Plaintiffs a 1-week extension, up to and including, Friday, August 7, 2026, to file their amended complaint.

**THEREFORE**, based on Local Rule 8-3, and based on the above-cited representations and information, the Stipulating Parties hereby agree and stipulate as follows:

1. Plaintiffs' time to file an amended complaint is extended from July 31, 2026, to August 7, 2026.

Dated: August 7, 2026

Respectfully submitted,

**THE GHILEZAN LAW FIRM**

By: /s/ *R. Michael Ghilezan*
     R. Michael Ghilezan, Esq.

     and

By: /s/ *Robert Zarco*
**ROBERT ZARCO (FBN 502138)**
E-mail: rzarco@zarcolaw.com
**HIMANSHU M. PATEL (FBN 0167223)**
E-mail: hpatel@zarcolaw.com
E-mail: acoro@zarcolaw.com
**F. ALAINA RODRIGUEZ (FBN 1070046)**
E-mail: farodriguez@zarcolaw.com

*Attorneys for Plaintiffs*

**GORDON REES SCULLY MANSUKHANI, LLP**
By: /s/ Clair E. Wischusen
Calvin E. Davis
Candice S. Nam
Peter G. Siachos (pro hac vice)
Clair E. Wischusen (pro hac vice)
*Attorneys for Defendant*

THE GHILEZAN LAW FIRM
1801 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067

STIPULATION TO EXTEND TIME TO AMEND COMPLAINT

THE GHILEZAN LAW FIRM

1801 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CA 90067

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: August 7, 2026,          **THE GHILEZAN LAW FIRM**


By: /s/*R. Michael Ghilezan*
R. Michael Ghilezan, Esq.

STIPULATION TO EXTEND TIME TO AMEND COMPLAINT