CALVIN E. DAVIS (SBN: 101640)
cdavis@grsm.com
CANDICE S. NAM (SBN: 293875)
cnam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

PETER G. SIACHOS (*pro hac vice*)
psiachos@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 278-5900
Facsimile: (843) 804-4691

CLAIR E. WISCHUSEN (*pro hac vice*)
cwischusen@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Telephone: (202) 399-1009
Facsimile: (202) 800-2999

***Attorneys for Defendant, UNITS Franchising Group, Inc.***



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

So Cal Storage, LLC, a California limited liability company, Bay Area Storage, LLC, a California limited liability company, NIMA Group LLC, a California limited liability company, and TAJ Units Holdings, LLC, a Missouri limited liability company

Plaintiffs,

v.

UNITS Franchising Group, Inc., a South Carolina corporation,

Defendant.

Case No. 2:25-cv-10222-WLH-BFM

**NOTICE OF ERRATA TO DEFENDANT UNITS FRANCHISING GROUP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**

**[Fed. R. Civ. Proc. 12(b)(6)]**

Hearing Date: **October 2, 2026**
Hearing Time: **1:30 p.m.**
Hearing Dept: **Courtroom 9B**

GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

# NOTICE OF ERRATA

Defendant UNITS Franchising Group, Inc. gives notice that it is concurrently filing a corrected version of its Notice of Motion and Motion to Dismiss Amended Complaint (ECF No. 56). The corrected Motion removes quotation marks inadvertently placed around the following paraphrased descriptions of the FAC's allegations: (1) *standard and widely available* at page 20, line 9; (2) *do not constitute administrative expenses*, *franchise conferences*, and *NASCAR-related events* at page 22, lines 12 and 19–20; and (3) *the true source, price, and markup* at page 24, lines 1–2. The corrected Motion makes no other changes.

Dated: August 22, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Clair E. Wischusen*
Calvin E. Davis
Candice S. Nam
Peter G. Siachos (*pro hac vice*)
Clair E. Wischusen (*pro hac vice*)
*Attorneys for Defendant, UNITS Franchising Group, Inc.*

GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071