CALVIN E. DAVIS (SBN: 101640)
cdavis@grsm.com
CANDICE S. NAM (SBN: 293875)
cnam@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 S. Grand Ave., 32nd Floor
Los Angeles, California 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

PETER G. SIACHOS (admitted *pro hac vice*)
psiachos@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 278-5900
Facsimile: (843) 804-4691

CLAIR E. WISCHUSEN (admitted *pro hac vice*)
cwischusen@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Telephone: (202) 399-1009
Facsimile: (202) 800-2999

***Attorneys for Defendant, UNITS Franchising Group, Inc.***

GORDON REES SCULLY MANSUKHANI, LLP
300 S. Grand Ave., 32nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

So Cal Storage, LLC, a California limited liability company, Bay Area Storage, LLC, a California limited liability company, NIMA Group LLC, a California limited liability company, and TAJ Units Holdings, LLC, a Missouri limited liability company

Plaintiffs,

v.

UNITS Franchising Group, Inc., a South Carolina corporation,

Defendant.

Case No. 2:25-cv-10222-WLH-BFM

NOTICE OF CHANGE OF FIRM ADDRESS

GORDON REES SCULLY MANSUKHANI, LLP
300 S. Grand Ave., 32nd Floor
Los Angeles, CA 90071

**PLEASE TAKE NOTICE** that, effective August 24, 2026, the Los Angeles location of the law firm of GORDON REES SCULLY MANSUKHANI, LLP, counsel for Defendant, UNITS Franchising Group, Inc. in the above-entitled matter, has relocated and its new address is the following:

**Gordon Rees Scully Mansukhani, LLP**
**300 South Grand Ave., 32nd Floor**
**Los Angeles, CA 90071**

The firm's telephone and fax numbers will remain the same.

Please direct all future correspondence and documents to the new address.

Dated: August 25, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Candice S. Nam*
Calvin E. Davis
Candice S. Nam
Attorneys for Defendant, UNITS Franchising Group, Inc.